```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

        Plaintiff,

        -against-

GLENWOOD MANAGEMENT CORP., et al.,

        Defendants.

24-CV-197 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court's Order dated January 25, 2024 (Dkt. 13) deferred ruling on defendants' request for a pre-motion conference with respect to their (i) anticipated motion to dismiss plaintiff's complaint, and (ii) request that the Court enjoin plaintiff from pursuing duplicative lawsuits against them pursuant to 28 U.S.C. § 1651, pending receipt of the parties' 2023 settlement agreement. *See id.* at 3.

    In light of defendants' filing of that agreement (Dkt. 14), the Court will hold a pre-motion conference on **February 22, 2024**, at **10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY, 10007. This is an <u>in-person proceeding</u>. Any requests for accommodations must be made, in writing, no later than **February 20, 2024**.

Dated: New York, New York
       February 15, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**