UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

    Plaintiff,

-against-

GLENWOOD MANAGEMENT CORP., et al.,

    Defendants.

24-CV-197 (JPC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2024

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's pre-motion conference, defendants' time to file their answer or other responding pleading is EXTENDED to **March 22, 2024**. If defendants file a motion, it shall be limited to the issues raised in their January 17, 2024 letter. (Dkt. 12.) If plaintiff believes a further (brief) extension of the March 22 deadline would be appropriate in light of his efforts to retain counsel to represent him in this matter, he may make that request by letter, in which he must also update the Court on the progress of his retention efforts.

Dated: New York, New York
      February 22, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**