```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

                       Plaintiff,

-against-

GLENWOOD MANAGEMENT CORP and CAROLE PITTELMAN,

                       Defendants.

24-CV-00197 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Barbara C. Moses for General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motions (*i.e.*, motions requiring a Report and Recommendation).

    All parties must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024

       New York, New York

                                                          SO ORDERED.

                                                          MARGARET M. GARNETT
                                                          United States District Judge