```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

        Plaintiff,

-against-

GLENWOOD MANAGEMENT CORP., et al.,

        Defendants.

24-CV-197 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court's Order dated February 22, 2024 (Dkt. 20) required defendants to respond to the complaint no later than March 22, 2024, but provided plaintiff with an opportunity to request that this deadline be extended "in light of his efforts to retain counsel to represent him in this matter." Plaintiff made no such request, and on March 22, defendants filed a motion to dismiss the complaint. (Dkt. 23.)

    In a letter filed on March 25, 2024 (Dkt. 27), plaintiff states, "I have secured a lawyer with the help of City Bar Legal Referral. So please let me know how we proceed." However, plaintiff does not identify his lawyer, and no attorney has appeared on his behalf.

    Plaintiff's deadline to respond to defendants' motion to dismiss is **April 5, 2024**. *See* Local Civ. R. 6.1(b). If plaintiff requires an extension of this deadline in light of his retention of counsel, his *counsel* may, after filing a notice of appearance, make that request by letter-motion, explaining the reasons why an extension would be appropriate.

Dated: New York, New York
       March 26, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**