UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

    Plaintiff,

-against-

GLENWOOD MANAGEMENT CORP., et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2024

24-CV-197 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter dated March 28, 2024. (Dkt. 29.) Although plaintiff's deadline to respond to defendants' motion to dismiss (Dkt. 23) is April 5, 2024, plaintiff's letter does not appear to be addressed to that motion. Instead, the March 28 letter serves only to reiterate a sentiment that plaintiff has already expressed on multiple occasions (*see, e.g.*, Dkts. 1-1, 15, 19), namely that, in his view, defendants' conduct has been "shameful." Any further repetitive submissions in this vein will be summarily stricken from the record.

Dated: New York, New York
       March 28, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**