UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

    Plaintiff,

-against-

GLENWOOD MANAGEMENT CORP., et al.,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2024

24-CV-197 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As the Court has twice reminded plaintiff (*see* Dkts. 28, 30), his deadline to oppose defendants' motion to dismiss (Dkt. 23) was April 5, 2024. That date has now passed.

In light of the fact that plaintiff is still representing himself, the Court *sua sponte* EXTENDS his deadline to respond to the motion to **April 12, 2024**. Should plaintiff fail to respond by this date, the Court will consider plaintiff's motion unopposed.

Dated: New York, New York
      April 10, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**