UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLIE CURRIN,

    Plaintiff,

-against-

GLENWOOD MANAGEMENT CORP., et al.,

    Defendants.

24-CV-197 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Despite multiple reminders and a *sua sponte* extension of plaintiff's response deadline (*see* Dkts. 28, 30, 31), plaintiff has not filed any opposition to defendants' motion (Dkt. 23) to dismiss his Complaint, and his extended response deadline, which was April 12, 2024, has now expired. Consequently, the Court now considers defendants' motion unopposed.

Dated: New York, New York
       April 16, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**