USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/7/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLIE CURRIN, | |
| Plaintiff, | 24-CV-197 (JPC) (BCM) |
| -against- | **ORDER** |
| GLENWOOD MANAGEMENT CORP., et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

The parties have informed the Court that they will submit a stipulation of dismissal. It is hereby ORDERED that any such stipulation be submitted no later than **May 14, 2024**. In light of the anticipated dismissal, all current pretrial deadlines are hereby VACATED.

Dated: New York, New York
       May 7, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**