**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CHARLIE CURRIN,

                           Plaintiff,

       -against-                                                24 **CIVIL** 0197 (BCM)

                                                                             **JUDGMENT**

GLENWOOD MANAGEMENT CORP. and
CAROLE PITTELMAN, CEO,

                        DefendantS.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order of Dismissal dated May 15, 2024, that this action shall be dismissed with prejudice as against Defendants GLENWOOD MANAGEMENT CORP. and CAROLE PITTELMAN, without costs or attorneys' fees to any party as against the other; IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between Plaintiff, CHARLIE CURRIN, and the duly authorized attorneys of record for Defendant, GLENWOOD MANAGEMENT CORP. that Plaintiff shall be enjoined from bringing any future Action against Glenwood Parties; WHEREFORE, the above-captioned case is dismissed with prejudice in its entirety and Plaintiff is enjoined from bringing any future Action against Glenwood Parties. Accordingly, the case is closed.

**Dated:**  New York, New York

       May 15, 2024

                                                               **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                                       **BY:**
                                                                 **Deputy Clerk**